| | |
|---|---|
| **ROBERT WISNIEWSKI P.C.** | 17 STATE STREET, SUITE 820 • NEW YORK, NY 10004 |
| ATTORNEYS-AT-LAW | TEL: (212) 267-2101 • WEB: www.rwapc.com |

September 26, 2022

Hon. Vernon S. Broderick, USDJ
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

**APPLICATION GRANTED**
**SO ORDERED** /s/ Vernon Broderick
**VERNON S. BRODERICK**
**U.S.D.J.**   09/27/2022

**Re: Soto v. Triumph Construction Corp. et al.**
**Docket No.: 21-cv-02449-VSB**

Dear Judge Broderick,

    I represent Plaintiff in the above-entitled action. I write with Defendants' counsel's consent to request that, for the reasons that follow, Your Honor kindly extend the time for the parties to submit their settlement agreement for a *Cheeks* review from September 30, 2022 to October 21, 2022. This is the first request of its kind and there is no prejudice to any party.

    The most important reason for this request is the delay in the drafting of the settlement agreement occasioned by my health problems. I suffer from a certain chronic illness which, in the past six weeks, forced me to take a substantial amount of time off from work to deal with its symptoms. As a result of my health issues, I have been slowed down with work and am forced to seek extensions of time in this and other cases. Upon reaching an agreement in principle in this case, I undertook to draft a settlement agreement. Alas, I was able to forward to Defendants' counsel my first draft of the settlement agreement only a week ago. Defendants need time to review the settlement agreement and provide any comments. Even though counsel for the parties are experienced in employment law, we still need time to resolve any potential issues and have our clients execute the agreement. We believe that we can achieve all this by October 21, 2022. Hence this request.

    Wherefore, I respectfully request that Your Honor extend the time for the parties to file the Cheeks motion by October 21, 2022.

                                                  Respectfully submitted,

                                                */s/ Robert Wisniewski*
                                                Robert Wisniewski

cc:    via ECF
          Brian Gardner, Esq.
          Jed Weiss, Esq.
          Elizabeth Carbone, Esq.