UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
:
ALEXANDER SOTO, :
:
:
Plaintiff, :
: 21-CV-2449 (VSB)
-against- :
: **ORDER**
:
:
TRIUMPH CONSTRUCTION CORP. and :
CARLO CUZZI, :
:
Defendants. :
:
---------------------------------------------------------------X

<u>VERNON S. BRODERICK</u>, United States District Judge:

      On August 23, 2022, the parties informed me that they had reached a settlement in principle in this action. (Doc. 35.) The time for the parties to submit a finalized settlement agreement is November 21, 2022. (Doc. 39.) Accordingly, it is hereby

      ORDERED that the conference set for November 14, 2022 is adjourned *sine die*.

SO ORDERED.

Dated:    November 8, 2022
             New York, New York

                                                  Vernon S. Broderick
                                                  United States District Judge